IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50821
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALMA ROSA SALAZAR-GONZALES, a/k/a Alma Rosa Mendoza,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-95-CR-237
- - - - - - - - - - -
April 18, 1996

Before DUHÉ, DeMOSS, and DENNIS, CIRCUIT JUDGES.

PER CURIAM:[*]

Salazar-Gonzales appeals her sentence after pleading guilty to illegal reentry after deportation, 8 U.S.C. § 1326. She argues that the district court misapplied the sentencing guidelines by applying the 16-point upward adjustment of U.S.S.G. § 2L1.2(b)(2). She contends that her previous conviction for burglary of a habitation should not be considered an aggravated felony because she received a suspended sentence of probation.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The district court did not misapply the sentencing guidelines. See United States v. Vasquez-Balandran, 76 F.3d 648 (5th Cir. 1996).

AFFIRMED.